■ In the Matter of ATLANTIC STATES LEGAL FOUNDATION, INC., et al., Appellants, v COUNTY OF ONONDAGA et al., Respondents.—Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stone, J. (Appeal from Judgment of Supreme Court, Onondaga County, Stone, J. —Article 78.) Present—Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.